**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS** **ANTITRUST LITIGATION** | 2:12-md-02311-SFC-RSW Honorable Sean F. Cox |

| | |
|---|---|
| In Re: Shock Absorbers | Case No. 2:15-cv-03305 |

**THIS RELATES TO:**
State Attorneys General

| | |
|---|---|
| **STATE OF CALIFORNIA,** **ex rel. Rob Bonta,** **Attorney General of the State of California** | Case No. 2:22-cv-10126 **Notice of Dismissal** |

**Plaintiffs,**

    **v.**

**KYB Corporation and**
**KYB Americas Corporation**

    **Defendants.**

Under Federal Rule of Civil Procedure 41(a), the State of California and its state agencies dismiss KYB Corporation (previously known as Kayaba Industry Co., Ltd) and KYB Americas Corporation ("Defendants") from this action.

Defendants have not filed an answer or motion for summary judgment with respect to the State of California's Complaint. The action has settled against Defendants under the terms of the attached settlement agreement. Dismissal of this action against Defendants is with prejudice and the parties shall bear their own attorneys' fees and costs.

Dated:

ROB BONTA
Attorney General of California


/s/ Anik Banerjee
KATHLEEN E. FOOTE
Senior Assistant Attorney General
ANIK BANERJEE
WINSTON H. CHEN
CA State Bar No. 236960
  Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6058
  Anik.Banerjee@doj.ca.gov
*Attorneys for Plaintiffs*