UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, | 2:22-CV-10126-TGB |
| Plaintiff, | |
| | ORDER DISMISSING CASE |
| vs. | |
| KYB CORPORATION,  KYB AMERICAS CORPORATION, | HONORABLE TERRENCE G. BERG |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice and without costs to any party.

**IT IS SO ORDERED.**

DATED this 25th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge